IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| SIMMONS BANK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:25-cv-02818-SHL-tmp |
| ) | |
| WESTBRANCH, LLC; NEED SPACE ) | |
| WESTBRANCH, LLC; NEED SPACE ) | |
| MANAGEMENT, LLC; and MARION U. ) | |
| THREATT, Individually, ) | |
| ) | |
| Defendants. ) | |

**ORDER LIFTING BANKRUPTCY STAY AND CONFIRMING THAT HEARING ON MOTION FOR INJUNCTIVE RELIEF AND TO APPOINT RECEIVER WILL TAKE PLACE ON NOVEMBER 13, 2025**

This matter was stayed on September 26, 2025, after Defendants Westbranch, LLC, Need Space Westbranch, LLC, and Need Space Management, LLC, each filed petitions for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Mississippi. (ECF No. 17.) On October 24, 2025, Plaintiff Simmons Bank ("Simmons") filed a Notice of Termination of the Automatic Stay. (ECF No. 18.) On October 27, 2025, the Court entered an Order Directing Plaintiff Simmons Bank to File a Notice on the Docket When Bankruptcy Orders Become Final and Tentatively Setting Hearing on Motion for Injunctive Relief and to Appoint Receiver. (ECF No. 19.) That Order acknowledged Simmons' assertion that the orders from the Bankruptcy Court were to become final on November 5, and ordered Simmons "to file a notice on the docket as soon as the Bankruptcy Court's orders become final, at which point the stay will be lifted. To the extent the orders become final on the timeframe Simmons outlines and the stay is lifted, the Court will conduct a

hearing on Simmons' Motion at **3:00 p.m. November 13, 2025, in Courtroom 1**." (ECF No. 19 at PageID 225.)

On November 6, 2025, Simmons filed a Notice of Bankruptcy Dismissal Orders Become Final, explaining that "the [Bankruptcy] Court's Orders of Dismissal became final on November 6, 2025 and no motions to set aside or appeals were filed thereto." (ECF No. 21 at PageID 228.)

Accordingly, the Bankruptcy Stay is lifted. The hearing on Simmons' Expedited Motion and Incorporated Memorandum of Law Seeking (I) the Appointment of Receiver, (II) Injunctive Relief, (III) to Set Bond, and (IV) to Set Hearing (ECF No. 11), will proceed as scheduled at **3:00 p.m. November 13, 2025**, in **Courtroom 1**.

**IT IS SO ORDERED**, this 7th day of November, 2025.

                                                 s/ Sheryl H. Lipman  
                                                 SHERYL H. LIPMAN  
                                                 CHIEF UNITED STATES DISTRICT JUDGE